

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2024

No. 04-23-00427-CR

**EX PARTE** Junior Josue **VILLEGAS PINEDA**

From the County Court, Kinney County, Texas
Trial Court No. 11266CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

      In accordance with this court's opinion of this date, we **DISMISS** Junior Josue Villegas Pineda's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Villegas Pineda's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief **WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a).

      It is so **ORDERED** on June 26, 2024.

_____
Lori I. Valenzuela, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk